**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| Darrel Gustafson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Sandra Poitra, and all Persons | ) | |
| Unknown, Claiming any Estate or | ) | |
| Interest In, or Lien or | ) | |
| Encumbrance Former Belcourt | ) | Case No. 4:09-cv-016 |
| Lumber Yard Adjacent to the One | ) | |
| Stop Market, Turtle Mountain | ) | |
| Tribal Court, and Bureau | ) | |
| of Indian Affairs, | ) | |
| | ) | |
| Defendants. | ) | |

_____

A mandatory settlement conference will be held before the magistrate judge on May 29, 2009, at 11:30 a.m. at the U.S. Courthouse located in Bismarck, North Dakota (courtroom #2). All of the parties must appear personally at the conference along with trial counsel (if they are represented).

**IT IS SO ORDERED.**

Dated this 27th day of May, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge